UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT MOFRAD,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU; ANTONY J. BLINKEN; ALEJANDRO MAYORKAS; JEFFRY L. FLAKE,<br><br>Defendants. | No. 2:23-cv-03098-FMO-PVC<br><br>**ORDER GRANTING STIPULATION [24] OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Fernando M. Olguin United States District Judge |

Having considered the parties' stipulation to dismiss the above-captioned case in its entirety, the above-captioned action is dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: February 7, 2024

/s/
_____
Honorable Fernando M. Olguin
United States District Judge

1